IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. RORY MAXWELL, et al.<br><br>  Plaintiffs,<br><br>v.<br><br>ANHAM USA, INC., et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 1:14-CV-156<br>)    (CMH/JFA)<br>)<br>)<br>)<br>) |

UNITED STATES' UNOPPOSED MOTION
FOR A STAY OF CIVIL PROCEEDINGS FOR NINETY DAYS

The United States, by and through the undersigned, hereby moves the court for a stay of the above-captioned civil action for ninety (90) days. The United States seeks a stay of the civil action because this action is directly related to an ongoing criminal investigation, and any civil discovery at this time may have substantial negative impact on that criminal investigation. Exhibit A, Declaration of James J. Gelber. (**Under Seal**.)

Counsel for the United States has conferred with counsel for all served Defendants, and has been advised that Defendants consent to this Motion. Exhibit B. Declaration of James J. Gelber. Counsel for the United States has also conferred with counsel for Relators and has been advised that Relators also do not oppose this Motion. The grounds for this Motion are set forth more fully in the attached Memorandum of Law.

Dated: October 11, 2017

Respectfully submitted,

CHAD A. READLER
ACTING ASSISTANT ATTORNEY GENERAL

<pre>
                        DANA J. BOENTE
                        UNITED STATES ATTORNEY
                                /s/
            By:         RICHARD W. SPONSELLER
                        Assistant United States Attorney
                        VSB: 39402
                        United States Attorney's Office
                        Justin W. Williams United States Attorney's Bldg.
                        2100 Jamieson Avenue
                        Alexandria, Virginia  22314
                        Tel: (703) 299-3700 Ext. 3749
                        Fax: (703) 299-3898
                        E-mail: richard.sponseller@usdoj.gov

                        MICHAEL D. GRANSTON
                        MICHAL TINGLE
                        ARTHUR COULTER
                        U.S. Department of Justice
                        Civil Division
                        Civil Fraud Section
                        PHB 9734
                        601 D Street
                        Washington, D.C. 20530
                        Tel.: 202.307.0237
                        Email: art.coulter@usdoj.gov

                        Attorneys for the United States of America
</pre>